UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND SPORTS GROUP, LLC et al.,

                Plaintiffs,

-v.-

SINCLAIR BROADCAST GROUP, INC. et al.,

                Defendants.

23-MC-468 (JHR)

TRANSFER ORDER

---

JENNIFER H. REARDEN, District Judge:

    This miscellaneous action was initiated on December 5, 2023, by motion to transfer or to compel non-party Major League Baseball ("MLB") to comply with a subpoena obtained by Sinclair Broadcast Group, Inc. ("Sinclair"). *See* ECF No. 1. On December 8, 2023, MLB filed a letter consenting to the transfer of this motion to the issuing court—the United States Bankruptcy Court for the Southern District of Texas—and to the presiding judge in the underlying matter, *Diamond Sports Group, LLC et al. v. Sinclair Broadcast Group, Inc. et al. (In re Diamond Sports Group LLC et al.)*, Adv. Prn. No. 23-3134 (Bankr. S.D. Tex.). *See* ECF No. 12. Pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, the case is hereby TRANSFERRED. The Clerk of Court is directed to transfer this case to the United States Bankruptcy Court for the Southern District of Texas immediately, without regard to Local Rule 83.1; to terminate all pending motions; and to close this case.

    The Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of Texas for referral to the United States Bankruptcy Court for the Southern District of Texas.

    SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge